JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN F. CORONA HUESO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation,<br><br>Defendants. | Case No: 2:22-cv-06615-MAR<br>Magistrate Judge: Margo A. Rocconi<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, in accordance with the terms of the written settlement agreement entered into between the parties.

**IT IS SO ORDERED.**

DATE: 5/7/2024             By: _____
                                Margo A. Rocconi
                                MAGISTRATE JUDGE